UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNCEY BLAKE, | No. 2:22-cv-2009-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| ROSEVILLE POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 10, 2022, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) The Court observes that this procedure is sufficient to constitute notice to the Plaintiff of the potential disqualification under 28 U.S.C. 1915(g) as required by *Andrews v. King*, 398 F.3d 1113, 1120. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS

1

HEREBY ORDERED that:

    1.  The findings and recommendations filed November 10, 2022 (ECF No. 4), are adopted in full; and

    2.  Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED; and

    3.  Within thirty days of the date of this order, plaintiff shall pay the entire $402.00 in required fees or face dismissal of this case.

    IT IS SO ORDERED.

Dated:   **April 21, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE